AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

**FILED**
MAR 28 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Carl O'Neal, Sr., et al

JUDGMENT IN A CIVIL CASE

v.

The City of San Antonio, et al

CASE NUMBER: SA-06-CA-725-OLG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to this Court's Order the Memorandum and Recommendations of the U.S. Magistrate Judge are ACCEPTED and the Motions for Summary Judgment filed by Defendants McManus, Hancock, Stanush and the City of San Antonio (dkt nos. 109, 110, 111) are GRANTED. All claims have been resolved, and final judgment is entered in Defendants' favor.

| March 28, 2008 | WILLIAM G. PUTNICKI |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |